Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,615,531

Registered May 5, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

# Broken Yolk Cafe

BYC, INC. (CALIFORNIA CORPORATION)
1851 GARNET AVE.
SAN DIEGO, CA 92109

FOR: CAFE; CAFE AND RESTAURANT SERVICES; CAFE-RESTAURANTS; CAFES; RESTAURANT; RESTAURANT AND CAFE SERVICES; RESTAURANT SERVICES; RESTAURANTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1979; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,408,265.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-579,134, FILED 9-25-2008.

TARA PATE, EXAMINING ATTORNEY