

# SCHWARTZ SEMERDJIAN
## CAULEY & MOOT LLP
*Attorneys at Law*

**OWEN M. PRASKIEVICZ**
Telephone: (619) 236-8821
e-mail: owebn@sscmlegal.com

December 2, 2015

**VIA U.S. MAIL & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Owners of Robert's Broken Yolk Restaurant
251 Broadway, Suite 5
Malden, MA 02148

    **Re:**    **Cease & Desist Trademark Infringement**
            **Our Client:** BYC Inc.
            **Your Infringing Business:** Robert's Broken Yolk Restaurant

To Whom it May Concern:

    This firm represents BYC, Inc. ("our client") and we are writing to you regarding your infringement on our client's "Broken Yolk" federally registered trademarks (the "Service Marks") at your restaurant located at 251 Broadway, Suite 5, Malden, MA.

    Our client started its business, the Broken Yolk Café, in 1979 out of San Diego, CA. The Broken Yolk Café is well known for its popular breakfast and lunch restaurant brand and is currently expanding its franchises nationwide. To this end, BYC, Inc. owns several federally registered trademarks (registration numbers 3,408,265; 3,466,795; 3,615,531; and 4,111,776, copies of which are attached hereto) and all corresponding common law rights that protect its name "Broken Yolk".

    Under the Lanham Act, 15 U.S.C. § 1125(a), any person who in connection with any goods or services uses in commerce any word, term, or name which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person shall be liable in a civil action.

    By this letter, our client hereby demands that you cease all use of the name "Broken Yolk" or any iteration thereof. Based on our review of your restaurant's name and online profile, it appears that you have plagiarized our client's Service Marks in an attempt to build off our client's reputation in the restaurant services market. Your use of the name "Broken Yolk" evidences a very deliberate attempt to invade our client's market and to take advantage of our client's reputation. The name "Broken Yolk" is not merely a generic name operating in a remote market. It is a national brand that offers breakfast and lunch restaurant services to the very same consumers that you appear to target by offering identical services. A visitor of your restaurant would easily be confused by the similarity in names, and may in fact believe you and our client are affiliated.


SCHWARTZ SEMERDJIAN
BALLARD & CAULEY LLP
Attorneys at Law

Owners of Robert's Broken Yolk Restaurant
Page 2

---

Demand is hereby made that, within fifteen (15) days following the date of this letter, you confirm in writing that you will cease using any names or marks that refer to "Broken Yolk" or anything similar thereto. Our client is open to discussing the necessary changes to your restaurant in order to avoid filing litigation, and if we receive confirmation from you within that 10-day period that you will change your name, we will afford you a reasonable period of time thereafter to make appropriate changes. <u>Should we not receive that written confirmation from you, however, then we will immediately file a lawsuit against you and your restaurants.</u>

If you believe this matter requires any further discussion, please feel free to contact me, but please understand that we will be proceeding diligently as outlined in this letter. Thank you.

Sincerely,

Owen M. Praskievicz, Esq.
SCHWARTZ SEMERDJIAN
BALLARD & CAULEY LLP

Enclosures
cc: client

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,466,795
Registered July 15, 2008

SERVICE MARK
PRINCIPAL REGISTER

# We've Got Huevos

BYC, INC. (CALIFORNIA CORPORATION)
1851 GARNET AVE.
SAN DIEGO, CA 92109

FOR: CAFE-RESTAURANTS; PROVISION OF FOOD AND DRINK IN RESTAURANTS; RESTAURANT AND BAR SERVICES; RESTAURANT SERVICES; RESTAURANTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1979; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS EGGS.

SER. NO. 77-330,760, FILED 11-15-2007.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,615,531
Registered May 5, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# Broken Yolk Cafe

BYC, INC. (CALIFORNIA CORPORATION)
1851 GARNET AVE.
SAN DIEGO, CA 92109

FOR: CAFE; CAFE AND RESTAURANT SERVICES; CAFE-RESTAURANTS; CAFES; RESTAURANT; RESTAURANT AND CAFE SERVICES; RESTAURANT SERVICES; RESTAURANTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1979; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,408,265.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-579,134, FILED 9-25-2008.

TARA PATE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BROKEN YOLK

**Reg. No. 4,111,776**  
**Registered Mar. 13, 2012**  
**Int. Cls.: 21, 25 and 43**

**TRADEMARK**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

BYC, INC. (CALIFORNIA CORPORATION)  
1851 GARNET AVE.  
SAN DIEGO, CA 92109

FOR: COFFEE MUGS; MUGS; SHOT GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-0-2003; IN COMMERCE 2-0-2003.

FOR: HATS; JACKETS; SWEATSHIRTS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,408,265 AND 3,615,531.

SER. NO. 85-383,827, FILED 7-28-2011.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**  Reg. No. 3,615,531
Registered May 5, 2009

SERVICE MARK
PRINCIPAL REGISTER

# Broken Yolk Cafe

BYC, INC. (CALIFORNIA CORPORATION)
1851 GARNET AVE.
SAN DIEGO, CA 92109

FOR: CAFE; CAFE AND RESTAURANT SERVICES; CAFE-RESTAURANTS; CAFES; RESTAURANT; RESTAURANT AND CAFE SERVICES; RESTAURANT SERVICES; RESTAURANTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1979; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,408,265.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-579,134, FILED 9-25-2008.

TARA PATE, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,408,265
Registered Apr. 8, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



BYC, INC. (CALIFORNIA CORPORATION)
1851 GARNET AVE.
SAN DIEGO, CA 92109

FOR: CAFE-RESTAURANTS; RESTAURANT SERVICES; RESTAURANTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1979; IN COMMERCE 0-0-2006.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ORIGINAL", "CAFE" AND "SAN DIEGO", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLUE, ORANGE, BLACK, AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN ORANGE OVAL SHAPED LIKE AN EGG. THE EGG SHAPE IS OUTLINED IN BLACK. INSIDE THE SHAPE ON THE RIGHT IS THE OUTLINE OF A PALM TREE IN BLACK. TO THE LEFT OF THE PALM TREE INSIDE THE EGG SHAPE ARE THE WORDS BROKEN YOLK CAFE WRITTEN IN BLACK. ON THE UPPER LEFT SIDE OF THE EGG ARE THE WORDS THE ORIGINAL WRITTEN IN BLUE. TO THE RIGHT OF THE EGG SHAPE AT THE BOTTOM ARE THE WORDS SAN DIEGO IN BLACK. BELOW THE EGG SHAPE IS A BLACK OUTLINE OF A SPLASH OF WATER. THE INSIDE OF THE SPLASH OF WATER IS YELLOW. BELOW THE SPLASH ARE THE WORDS "WE'VE GOT HUEVOS!" WRITTEN IN BLUE.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS EGGS.

SER. NO. 77-174,356, FILED 5-7-2007.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,466,795
Registered July 15, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# We've Got Huevos

BYC, INC. (CALIFORNIA CORPORATION)
1851 GARNET AVE.
SAN DIEGO, CA 92109

FOR: CAFE-RESTAURANTS; PROVISION OF FOOD AND DRINK IN RESTAURANTS; RESTAURANT AND BAR SERVICES; RESTAURANT SERVICES; RESTAURANTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1979; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS EGGS.

SER. NO. 77-330,760, FILED 11-15-2007.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY